AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MARGARET WON, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13 Civ. 7723 (AJN) |
| | ) | ECF Case |
| COLUMBIA JOURNALISM REVIEW, | ) | |
| BRUCE PORTER, and DANIEL LOEWENTHAL, | ) | |
| | ) | |
| *Defendants.* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COLUMBIA JOURNALISM REVIEW

Date:   January 14, 2014

*Attorney's signature*

Charles S. Sims   1535640
*Printed name and bar number*

Proskauer Rose, 11 Times Square, NY NY 10036
*Address*

csims@proskauer.com
*E-mail address*

212-969-3950
*Telephone number*

212-969-2900
*Fax number*