Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Charles S. Sims
Member of the Firm
d 212.969.3950
f 212.969.2900
csims@proskauer.com
www.proskauer.com

February 11, 2014

**Via Electronic Filing**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *Won v. Columbia Journalism Review et al.*, No. 13 CV 7723 (S.D.N.Y.)

Dear Judge Nathan

In view of the upcoming conference scheduled for February 21, at 12:30 p.m., I write, on behalf of all counsel, to advise that the parties have reached a settlement, embodied in a final set of documents, which are awaiting only the completion of necessity formalities.  We expect to have a Rule 41(a)(1)(A)(ii) stipulation filed within a week or two, and write so that the scheduled conference in this case can be cancelled and the time freed up for some continuing matter.

Respectfully submitted,

Charles S. Sims
Counsel for Columbia Journalism Review