Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

Charles S. Sims
Member of the Firm
d 212.969.3950
f 212.969.2900
csims@proskauer.com
www.proskauer.com

February 11, 2014

**Via Electronic Filing**

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:   *Won v. Columbia Journalism Review et al.*, No. 13 CV 7723 (S.D.N.Y.)

Dear Judge Nathan

In view of the upcoming conference scheduled for February 21, at 12:30 p.m., I write, on behalf of all counsel, to advise that the parties have reached a settlement, embodied in a final set of documents, which are awaiting only the completion of necessity formalities. We expect to have a Rule 41(a)(1)(A)(ii) stipulation filed within a week or two, and write so that the scheduled conference in this case can be cancelled and the time freed up for some continuing matter.

Respectfully submitted,

*Charles Sims*

Charles S. Sims
Counsel for Columbia Journalism Review